**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02140-BNB
(**The above civil action number must appear on all future papers**
 **sent to the court in this action.  Failure to include this number**
 **may result in a delay in the consideration of your claims.**)

HOLLY A. LIVEZEY,

      Plaintiff,

v.

EXTRA SPACE STORAGE, and
EXTRA SPACE STORAGE - Corperate [sic] Office,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Holly A. Livezey, is a resident of Thornton, Colorado.  She has submitted *pro se* a Motion for Injunctive Relief Pursuant to C.R.C.P. Rule 65(b)(1)(A)(3) and (d)(1)(A)(C) (ECF No. 2) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 1).

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   _X_   is missing required notarization

(6)      __      is missing an original signature by the prisoner
(7)      __      is not on proper form
(8)      _X_     names in caption do not match names in caption of complaint, petition or
                 habeas application
(9)      __      An original and a copy have not been received by the court.
                 Only an original has been received.
(10)     _X_     other: notarized § 1915 motion and affidavit only is necessary if $400.00
                 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(11)     _X_     is not submitted (must assert basis for federal court jurisdiction)
(12)     __      is not on proper form (must use the court's current form)
(13)     __      is missing an original signature by the prisoner
(14)     __      is missing page nos. ___
(15)     __      uses et al. instead of listing all parties in caption
(16)     __      An original and a copy have not been received by the court.  Only an
                 original has been received.
(17)     __      Sufficient copies to serve each defendant/respondent have not been
                 received by the court.
(18)     __      names in caption do not match names in text
(19)     __      other:

Accordingly, it is

        ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

        FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms for

filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a

Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and shall

use those forms in curing the designated deficiencies.  It is

        FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the action will be dismissed without

further notice.

DATED August 14, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge