# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02140-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

HOLLY A. LIVEZEY,

     Plaintiff,

v.

EXTRA SPACE STORAGE, and
EXTRA SPACE STORAGE - Corperate [sic] Office,

     Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Holly A. Livezey, is a resident of Thornton, Colorado.  She has

submitted *pro se* a Motion for Injunctive Relief Pursuant to C.R.C.P. Rule 65(b)(1)(A)(3)

and (d)(1)(A)(C) (ECF No. 2) and a Motion and Affidavit for Leave to Proceed Pursuant

to 28 U.S.C. § 1915 (ECF No. 1).

     As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the documents are deficient as described in this order.  Plaintiff will be

directed to cure the following if she wishes to pursue her claims.  Any papers that

Plaintiff files in response to this order must include the civil action number noted above

in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing
(4)    __    is missing certificate showing current balance in prison account
(5)    <u>X</u>    is missing required notarization

(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form
(8)   X    names in caption do not match names in caption of complaint, petition or
            habeas application
(9)   __   An original and a copy have not been received by the court.
            Only an original has been received.
(10)  X    other: notarized § 1915 motion and affidavit only is necessary if $400.00
            filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(11)  X    is not submitted (must assert basis for federal court jurisdiction)
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court.  Only an
            original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(18)  __   names in caption do not match names in text
(19)  __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms for

filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a

Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and shall

use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the action will be dismissed without

further notice.

DATED August 14, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge